**Erno SETHY, Plaintiff–Appellant,**

v.

**MALEV–HUNGARIAN AIRLINES, INC., et al., Defendants–Appellees.**

No. 00–9325.

United States Court of Appeals, Second Circuit.

June 12, 2001.

Erno Sethy, pro se.

Andrew J. Harakas, Condon & Forsyth, Stephen J. Fearon, Anthony U. Battista, of counsel, New York, NY, for appellees.

Present CABRANES, STRAUB, and SACK, Circuit Judges.

SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Erno Sethy, *pro se*, appeals from a grant of summary judgment entered in favor of Malev–Hungarian Airlines by the United States District Court for the Southern District of New York on September 5, 2000. *See Sethy v. Malev–Hungarian Airlines, Inc.*, 2000 WL 1234660 (S.D.N.Y. Aug.31, 2000). The District Court held that Sethy's claim against Malev–Hungarian Airlines did not involve an "accident" under Article 17 of the Warsaw Convention, *see* Convention for the Unification of Certain Rules Relating to International Transportation by Air concluded at Warsaw, Poland, October 12, 1929, 49 Stat. 3000, T.S. No. 876, *reprinted in* 49 U .S.C. § 40105.

We have considered all of Sethy's claims on appeal and find them to be without merit. Therefore, the judgment of the District Court is AFFIRMED, substantially for the reasons stated by Judge Schwartz in his opinion dated August 31, 2000.

* The Honorable Denise Cote of the United States District Court for the Southern District of New York, sitting by designation.